IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA          :

                                  :

        -v-

                                  :        08-CR-

JOSEPH ANDERSON,

                                  :        **08 CR 322**

        Defendant.

                                  :

---

FILED
NOV 0 7 2008
RODNEY C. EARLY, CLERK
WESTERN DISTRICT OF NY

## I N F O R M A T I O N

**Title 18, United States Code,
Sections 1341, 1346, and 2**

### COUNT I
The United States Attorney Charges:

On or about November 12, 2003, in the Western District of New York, the defendant, JOSEPH ANDERSON, having knowingly devised and intending to devise a scheme to defraud, namely, to deprive the City of Niagara Falls, New York of the intangible right of the honest services of a public official, and for the purpose of executing such scheme, and attempting to do so, caused to be deposited matter, that is, a check in the amount of $10,000, to be sent and delivered by private and commercial interstate carrier;

All in violation of Title 18, United States Code, Sections 1341 and 1346, and 2.

DATED:   Buffalo, New York, _November 7_, 2008.

                                        TERRANCE P. FLYNN
                                        United States Attorney

                                BY:     _/s/ Paul J. Campana_
                                        PAUL J. CAMPANA
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        (716) 843-5700, Ext. 819
                                        Paul.J.Campana@usdoj.gov