# United States District Court

__WESTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

vs.

**JOSEPH ANDERSON**

WAIVER OF INDICTMENT

CASE NUMBER 08-CR-

08 CR 322

*[STAMP: FILED NOV 0 7 2008, RODNEY C. EARLY, CLERK, WESTERN DISTRICT OF NY]*

I, __JOSEPH ANDERSON__, the above named defendant, who is accused of a violation of Title 18, United States Code, Sections 1341, 1346, and 2 [aiding and abetting a public official in a scheme to deprive the City of Niagara Falls, New York and its people of their intangible right to the honest services of a public official], being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on __November 7, 2008__, prosecution by indictment, and consent that the proceedings may be by Information rather than by indictment.

*/s/ Joseph Anderson*
JOSEPH ANDERSON
Defendant

*/s/ Terrence M. Connors*
TERRENCE M. CONNORS
Counsel for Defendant

Before: */s/ William M. Skretny*
WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE

Dated: November __7__, 2008