IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 08-CR-322-S |
| JOSEPH ANDERSON, | : | |
| Defendant. | : | |

## NOTICE OF MOTION AND MOTION FOR DOWNWARD DEPARTURE PURSUANT TO SECTION 5K1.1

**PLEASE TAKE NOTICE**, that upon the affidavit, filed under seal, the United States of America, by William J. Hochul, Jr., United States Attorney for the Western District of New York, and Paul J. Campana, Assistant United States Attorney, of counsel, hereby moves this Court at 68 Court Street, Part IV, Buffalo, New York, on February 3, 2011, at 9:00 a.m. for a downward departure of eleven (11) offense levels pursuant to Section 5K1.1 of the Sentencing Guidelines.

DATED:  Buffalo, New York, January 13, 2011.

        WILLIAM J. HOCHUL, JR.
        United States Attorney


BY: *s/Paul J. Campana*
    PAUL J. CAMPANA
    Assistant United States Attorney
    United States Attorney's Office
    Western District of New York
    138 Delaware Avenue
    Buffalo, New York 14202
    716/843-5700, ext. 819
    Paul.J.Campana@usdoj.gov

```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,         :

          v.                      :        08-CR-322-S

JOSEPH ANDERSON,                  :

                                  :
          Defendant.
```

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the **NOTICE OF MOTION AND MOTION FOR DOWNWARD DEPARTURE PURSUANT TO SECTION 5K1.1** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Terrence M. Connors, Esq.

    United States Probation Department
      Attn: Michael J. Quarantillo, USPO


    *s/Laura Rogers*
    LAURA ROGERS
    Legal Assistant