IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 08-CR-322-S |
| JOSEPH ANDERSON, | : | |
| | : | |
| Defendant. | | |

## GOVERNMENT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this case.

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 of money due at sentencing at the time of sentencing.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>Asset Forfeiture/Financial Litigation Unit
>U.S. Attorney's Office--WDNY
>138 Delaware Avenue
>Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED:   Buffalo, New York, January 13, 2011.

>WILLIAM J. HOCHUL, JR.
>United States Attorney
>Western District of New York
>
>BY:   *s/Paul J. Campana*
>      PAUL J. CAMPANA
>      Assistant U. S. Attorney
>      United States Attorney's Office
>      Western District of New York
>      138 Delaware Avenue
>      Buffalo, New York 14202
>      716/843-5700, ext. 819
>      Paul.J.Campana@usdoj.gov

2

```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,            :

      v.                              :        08-CR-322-S

JOSEPH ANDERSON,                     :

                                                         :

        Defendant.

## CERTIFICATE OF SERVICE

     I hereby certify that on January 13, 2011, I electronically filed the foregoing Government's Statement With Respect To Sentencing Factors with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

       Terrence M. Connors, Esq.
       Michael J. Quarantillo, U. S. Probation Officer

                              *s/Laura Rogers*
                              LAURA ROGERS
                              Legal Assistant