## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA,

v.

<u>08-CR-322S-</u>

### JOSEPH ANDERSON,

Defendant.

---

### SENTENCING LETTER



U. S. District Judge William M. Skretny
United States Courthouse
68 Court Street
Buffalo, New York 14202
07 Nov 2008

*08-CR 322*

RECEIVED
WILLIAM M. SKRETNY

United States District Court
Western District of New York

RE; Joe Anderson

Dear Honorable Judge Skretny,

I am writing in hope to offer some feed back related to my experience with Joe Anderson.  Thank you in advance for your time and listening to my concerns.

My name is Dennis Ryan. I am the owner of a locally owned billboard company. My company's name is TransAd Inc.  This is the first time I have ever written into provide feedback related to a case.  However in this case I felt I needed to make an exception.

For over to ten years my locally owned company employed four people in Erie and Niagara Counties. In a market dominated by media monopolies such as Lamar, for 10 years I was able to hold my own as the only locally owned Outdoor Advertising Company in Western NY State.

I am sad to say that as of this writing my company is out of business.  The people who worked for me have lost their employment. I had to sell my business assets off in a "fire sale" to avoid bankruptcy.

The main reason for our companies' failure to remain viable was due to Joe Anderson.

As of this writing Mr. Anderson owes my company over $38,000+. He has refused to pay for services that he contracted for and received.

Additionally he threatened to send some of his "friend" to my house for a "visit". This was mentioned as a deterrent to me following up with legal action.  As a father of two young children this insinuated threat caused me serious amount of stress. This is unacceptable.

Mr. Anderson's company "Smoking Joes" was an advertiser with us. His company used a directional billboard to guide customers on I-190 to exit at Rt. 31 and head toward "Smoking Joes". We had a five year agreement in which I was paid a monthly rental from Mr. Andersons' company. Our contracts are non cancellable. Despite receiving what he contracted for and more he continues to refuse to pay us for no reason.

I tried on several occasions to work out a mutually agreeable settlement with Mr. Anderson and his attorneys.  His response to me was; "I'm not paying you and there is nothing you can do because I am located on the reservation."

TransAd Inc.
174 Main Street
Ste 111
East Aurora, NY 14052

*Joe Anderson- Page#2*

The economic strain to our small company caused by Mr. Anderson's default has caused me a great deal of injury. Additionally,

- Four good reliable employees had to be let go.
- Two families were forced to leave the area to find employment out of state.

Why?  Because Joe Anderson's lack of ethics.  Mr. Anderson has made a living from not honoring agreements. It seems normal rules of conduct don't apply to Mr. Anderson.

In my twenty years of Advertising experience this is the second time Mr. Anderson has defaulted on his advertising contracts and failed to pay his bills, on a whim.

Last time I worked for a company called *Penn Advertising.* In the 90's when the Seneca Indians were blocking I-90 because of a taxation dispute Joe cancelled all of his ad agreements for no reason, because "he felt like it".  Response was the same, that he was untouchable due to his sovereign status as a Native American.

Honorable Judge Skretny, on behalf of my family, and the four families of the men who worked for TransAd; I respectfully request you weight my comments in your mind when handing down sentence.

I hope Mr. Anderson's lack of character and business ethics are etched in your mind when you sentence him.  In my opinion the maximum sentence allowed would send a clear message to Mr. Anderson that Yes indeed the "Rules and Laws "do apply to him.

Thank you very much for your time and consideration. I am humbled by the opportunity to provide you with my thoughts and experiences related to Mr. Anderson.

If you have any questions or would like to discuss this matter further please feel free to call me at the number provided below

Best Regards,

Dennis Ryan
President
TransAd Inc
716-713-3227