UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

       Plaintiff,

    -v-

Joseph Anderson,

       Defendant.               1:08-CR-00322-001
_____


SATISFACTION OF MONETARY JUDGMENT


    The above-named defendant has paid in full and/or satisfied the monetary imposition imposed against the defendant on February 24, 2011, and entered on March 1, 2011.

    The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

    DATED: Buffalo, New York, March 18, 2011.


                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

                BY:   s/KEVIN D. ROBINSON
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York  14202
                      (716)843-5700, ext. 804
                      Kevin.D.Robinson@usdoj.gov